| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE District of FLORIDA (State) | |
| Case number (if known): _____ Chapter 11 | |

FILED TPA INTAKE USBC
26 JUN 2025 AM 8:40

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    PI ESTATES LLC

**2. All other names debtor used in the last 8 years**
GOPAL FARM
US COCONUTS

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8 6 – 3 3 3 4 7 6 8

**4. Debtor's address**

Principal place of business
6635 & 6783 Pineland Rd
Number     Street

Bokeelia     FL     33922
City          State   ZIP Code

Lee
County

Mailing address, if different from principal place of business
13960 STRINGFELLOW RD
Number     Street

P.O. Box

Bokeelia     FL     33922
City          State   ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City          State   ZIP Code

**5. Debtor's website (URL)**    www.uscoconuts.com

Debtor  __PI ESTATES LLC_____    Case number (if known)_____
         Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _1_ _3_ _3_ _9_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When ____/____/_____ Case number _____
                                        MM / DD / YYYY
            District _____ When ____/____/_____ Case number _____
                                        MM / DD / YYYY

Debtor  PI ESTATES LLC
      Name

Case number (if known) _____

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ❏ No<br>☒ Yes. Debtor _____  Relationship _____<br>       District _____  When _____<br>                                                                                                                   MM / DD / YYYY<br>       Case number, if known _____ |
|---|---|
| 11. Why is the case filed in *this district*? | Check all that apply:<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br><br>❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>❏ It needs to be physically secured or protected from the weather.<br><br>❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>❏ Other _____<br><br>Where is the property? _____<br>                                        Number     Street<br><br>                                          City                                   State ZIP Code<br><br>Is the property insured?<br>❏ No<br>❏ Yes. Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

**Statistical and administrative information**

| 13. Debtor's estimation of available funds | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☒ 1-49       ❏ 1,000-5,000       ❏ 25,001-50,000<br>❏ 50-99      ❏ 5,001-10,000      ❏ 50,001-100,000<br>❏ 100-199     ❏ 10,001-25,000     ❏ More than 100,000<br>❏ 200-999 |

Debtor    PI ESTATES LLC
_____    Case number (if known)_____
         Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/26/25__
              MM / DD / YYYY

X _[signature]_____    Nimai Pandit
Signature of authorized representative of debtor    Printed name

Title  CEO of Maanging Member, Gopal Farm Pine Island LLC

**18. Signature of attorney**

X Notice of Intent to Retain Counsel Attached _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name
_____

Firm name
_____

Number    Street
_____

City                                     State    ZIP Code
_____

Contact phone                        Email address
_____

Bar number                           State
_____

Fill in this information to identify the case and this filing:

Debtor Name __PI ESTATES LLC__

United States Bankruptcy Court for the: __MIDDLE__ District of __FL__ (State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/24/2025__
MM / DD / YYYY

X _[signature]_
Signature of individual signing on behalf of debtor

__Nimai Pandit__
Printed name

__CEO of Maanging Member, Gopal Farm Pine Island LLC__
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA
### [Fort Myers Division]

**Local Bankruptcy Rule 1002-1(c) – Cover Sheet to Accompany Petition**

*(Required for all voluntary petitions)*

**Debtor Name:** PI Estates LLC

**Debtor EIN:** 86-3334768

**Debtor Address:** 6635 & 6783 Pineland Rd

Bokeelia FL 33922

**Debtor Phone Number:** (845) 901-7808

**Debtor Email Address:** nimai@gopal.farm

**Type of Debtor:**
☐ Individual
☑ Corporation (LLC)
☐ Partnership
☐ Other: _____

**Chapter:**
☐ Chapter 7
☐ Chapter 13
☑ Chapter 11 (Subchapter V election made below)

**Nature of Filing:**
☑ Original Petition
☐ Amended Petition (attach redline and explanation)

**Subchapter V Election (if applicable):**
☑ Debtor elects to proceed under Subchapter V of Chapter 11
☐ Debtor does not elect Subchapter V

**Does this case involve any affiliates or related entities filing separately?**
☑ Yes → Related case name & number: _____
☐ No

1

**Is this a Single Asset Real Estate (SARE) case under 11 U.S.C. § 101(51B)?**
☐ Yes
☑ No

**Counsel for Debtor:**

Nimai Pandit, Pro se

(Filed Pro se in emergency; Counsel to be retained shortly; Notice of Intent to Retain Counsel attached)

CEO, Gopal Farm Pine Island LLC,

Managing Member of PI ISHAN LLC

13960 Stringfellow Rd

Bokeelia FL 33922

(845) 901-7808

nimai@gopal.farm

**Certification:**

I certify the information provided in this Cover Sheet is accurate to the best of my knowledge and submitted in accordance with Local Rule 1002-1(c).

Dated: 06/25/2025
Signature: _____
Name: Nimai Pandit
Title: CEO of Managing Member, Gopal Farm Pine Island LLC

2